*W. H. Gurr, solicitor,* contra.

---

### GORDON, GARTRELL & HARLIN REAGAN *v.* ADAMSON.

GEORGE, J. 1. Where on the trial of a claim case there was no conflict in the evidence, and that introduced, with all reasonable deductions or inferences therefrom, demanded a verdict for the claimant, it was not erroneous to direct a verdict for the claimant. Civil Code (1910), § 5926.

2. The assignments of error on the admissibility of testimony do not show cause for reversal.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent because of sickness.*

No. 2518. NOVEMBER 17, 1921.

Claim. Before Judge Irwin. Haralson superior court. January 18, 1921.

*J. S. Edwards, Taylor Smith,* and *Boykin & Boykin,* for plaintiffs.

*Griffith & Matthews, R. W. Adamson,* and *Smith & Millican,* contra.